## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**ELLIOT L. JONES,**

     **Plaintiff,**

**vs.**                                                   **CASE NO. 1:08CV188-MP/AK**

**MICHAEL J. ASTRUE,**

     **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Motion for Extension of Time to Serve the Memorandum.  (Doc. 18).  Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through April 13, 2009.

     **DONE AND ORDERED** this  _13th_ day of March, 2009.


                _s/ A. KORNBLUM_____
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**